**David ZINK, et al., Appellants**

**Richard Strong and Marcellus S. Williams, Intervenors**

v.

**George A. LOMBARDI, et al., Appellees.**

**No. 14–2220.**

United States Court of Appeals, Eighth Circuit.

Jan. 21, 2015.

Kent E. Gipson, Law Office of Kent Gipson, LLC, Kansas City, MO, Laurence E. Komp, Manchester, MO, for appellant Marcellus S. Williams.

Michael J. Spillane, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellee.

Before, RILEY, Chief Judge, WOLLMAN, LOKEN, MURPHY, BYE, SMITH, COLLOTON, GRUENDER, SHEPHERD and KELLY, Circuit Judges, En Banc.

**ORDER**

The court, on its own motion, orders that Marcellus Williams's motion for stay of execution be heard en banc. The motion for stay of execution is denied.

Judge MURPHY, Judge BYE and Judge KELLY would grant the stay of execution.

Judge BENTON did not participate in the consideration or disposition of this matter.